■ In the Matter of TEMPLE ISRAEL OF LAWRENCE, INC., Appellant, v NEW YORK STATE LABOR RELATIONS BOARD et al., Respondents.—Judgment, Supreme Court, New York County (Bruce Wright, J.), entered on August 13, 1984, unanimously affirmed, without costs and without disbursements, for the reasons stated by Wright, J. Concur—Murphy, P. J., Sullivan, Carro, Rosenberger and Ellerin, JJ.

■ CONTINENTAL CASUALTY COMPANY, Appellant, v NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURG, Respondent, et al., Defendant.—Order, Supreme Court, New York County (Elliott Wilk, J.), entered on June 12, 1985, unanimously affirmed for the reasons stated by Elliott Wilk, J., at Special Term. Respondent shall recover of appellant $75 costs and disbursements of this appeal. Concur—Sandler, J. P., Ross, Milonas, Rosenberger and Ellerin, JJ.

■ HAROLD KESSLER et al., Respondents, v CITY OF NEW YORK, Appellant and Third-Party Plaintiff-Appellant. EMPIRE CITY SUBWAY Co. (LIMITED), Third-Party Defendant-Respondent and Fourth-Party Plaintiff-Respondent; TRI-MESSINE CONSTRUCTION Co., INC., Fourth-Party Defendant-Respondent.—Judgment, Supreme Court, New York County (Reuben Davis, J.), entered on March 29, 1985, unanimously affirmed, without costs and without disbursements, and the orders of said court, entered on or about March 8, 1985 and on or about March 13, 1985, respectively, unanimously dismissed, as abandoned, without costs and without disbursements. No opinion. Concur —Sandler, J. P., Ross, Milonas, Rosenberger and Ellerin, JJ.